IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-03181-DDD-KLM

UNITED STATES SECURITIES AND
EXCHANGE COMMISSION,

    Plaintiff,

v.

REVEN HOLDINGS, INC. d/b/a REVEN
PHARMACEUTICALS, REVEN
PHARMACEUTICALS, INC., BRIAN D.
DENOMME, PETER B. LANGE, and MICHAEL A.
VOLK,

    Defendants,

and

REVEN, LLC, REVEN IP HOLDCO, LLC, REVEN
ONCOLOGY LICENSING, LLC and HEALTH
ANALYTICS & RESEARCH SERVICES, LLC,

    Relief Defendants.

---

**JOINT MOTION AND STIPULATION TO EXTEND TEMPORARY RESTRAINING ORDER AND VACATE PRELIMINARY INJUNCTION HEARING**

---

Plaintiff Securities and Exchange Commission (the "Commission") and Defendants Reven Holdings, Inc. d/b/a Reven Pharmaceuticals ("Reven"), Reven Pharmaceuticals, Inc. ("Reven Pharmaceuticals"), Brian D. Denomme, Peter B. Lange, and Michael A. Volk (collectively, "Defendants") and Relief Defendants Reven, LLC ("Reven LLC"), Reven IP Holdco LLC ("Reven IP"), Reven Oncology Licensing, LLC ("Reven Oncology"), and Health Analytics & Research Services, LLC ("Health Analytics") (collectively, "Relief Defendants"),

1

through their undersigned counsel, jointly move the Court (1) to extend the relief in the Order Granting Plaintiff's *Ex Parte* Motion for Temporary Restraining Order and Asset Freeze, entered on January 3, 2023 ("TRO Order," Doc. 28) through the date and time of the Court's ruling on the Commission's motion for preliminary injunction or by further order of the Court, and (2) vacate the preliminary injunction hearing currently set for 9:30 a.m. on January 13, 2023, without prejudice to any future request by the Commission, the Defendants, and/or the Relief Defendants to reset such hearing.

The Commission filed its complaint (Doc. 1) and *ex parte* motion for temporary restraining order, asset freeze, and other emergency relief (Doc. 3) on December 9, 2022. The Court entered the TRO Order granting the Commission's motion on January 3, 2023. (Doc. 28). The Commission served the Defendants and Relief Defendants with summonses, the complaint, the TRO Order, and other documents by email and file transfer protocol on January 5, 2023, in accordance with the service provisions of the TRO Order, as well as by process servers (except for Defendant Lange). (Decl. of Service, Doc. 32). The Court set a Preliminary Injunction Hearing for January 13, 2023 at 9:30 a.m. (TRO Order, Doc. 28 at 24).

Pursuant to Federal Rule of Civil Procedure 65(b)(2) and the TRO Order, the TRO Order will expire within fourteen days of entry, January 17, 2023, "unless the Court extends it for good cause before that time, or the court grants a motion by Defendants to dissolve or modify it pursuant to Federal Rule of Civil Procedure 65(b)(4)." (TRO Order at 23, Doc. 28). Federal Rule of Civil Procedure 65(b)(2) states that "[t]he order expires at the time after entry—not to exceed 14 days—that the court sets, unless before that time the court, for good cause, extends it for a like period or the adverse party consents to a longer extension." Fed. R. Civ. P. 65(b)(2).

Counsel for Defendants and Relief Defendants has just been retained and needs additional time to learn the facts of the case. The Commission has no objection to vacating the preliminary injunction hearing, given the relief in the TRO Order will remain in place until further order by the Court.

WHEREFORE, the parties jointly move the Court to vacate the Preliminary Injunction Hearing without prejudice to any further requests by the Commission, the Defendants, and the Relief Defendants to reset such hearing on a future date, and to extend all relief granted by the TRO Order through the date and time of the Court's ruling on the Commission's motion for preliminary injunction or by further order by the Court.

The parties agree that all other deadlines and provisions of the TRO Order will continue and remain in full force and effect through the date and time of the Court's ruling on the Commission's motion for preliminary injunction or by further order by the Court.

Dated: January 11, 2023

Respectfully submitted,

By: *s/ Kenneth E. Stalzer*
Kenneth E. Stalzer
Sharan E. Lieberman
U.S. Securities and Exchange Commission
1961 Stout Street, Suite 1700
Denver, CO 80294-1961
Telephone: 303-844-1055 (Stalzer)
303-844-1036 (Lieberman)
303-844-1000 (Main)
Email: stalzerk@sec.gov
liebermans@sec.gov
*Attorneys for Plaintiff*
*U.S. Securities and Exchange Commission*

By: *s/ Katherine A. Preston*
Brandon W. Duke
Katherine A. Preston
Winston & Strawn LLP
800 Capitol Street, Suite 2400
Houston, TX 77002
Telephone: (713) 651-2600
Email: bduke@winston.com
Email: kpreston@winston.com

*Attorney for Defendants and Relief Defendants*

## CERTIFICATE OF SERVICE

  I certify that on January 11, 2023, I caused the foregoing document to be electronically filed with the Court using the ECF system, which will send notification of such filing to the following ECF registered counsel:

    Brandon W. Duke
    Katherine A. Preston
    Winston & Strawn LLP
    800 Capitol Street, Suite 2400
    Houston, TX 77002
    Telephone: (713) 651-2600
    Email: bduke@winston.com
    Email: kpreston@winston.com
    *Attorney for Defendants and Relief Defendants*

            s/ *Kenneth E. Stalzer*
            Kenneth E. Stalzer