UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No.: 1:22-cv-03181-DDD-SBP

UNITED STATES SECURITIES AND EXCHANGE
COMMISSION,

        Plaintiff,

v.

REVEN HOLDINGS, INC. d/b/a REVEN PHARMACEUTICALS,
REVEN PHARMACEUTICALS, INC.,
BRIAN D. DENOMME,
PETER B. LANGE,
MICHAEL A. VOLK,

        Defendants,
and

REVEN, LLC,
REVEN IP HOLDCO, LLC,
REVEN ONCOLOGY LICENSING, LLC, and
HEALTH ANALYTICS & RESEARCH SERVICES, LLC,

        Relief Defendants.

## UNOPPOSED MOTION OF DEFENDANTS AND RELIEF DEFENDANTS TO EXTEND DEADLINES

Defendants Reven Holdings, Inc. d/b/a/ Reven Pharmaceuticals, Reven Pharmaceuticals, Inc., Brian D. Denomme, Peter B. Lange, and Michael A. Volk (collectively, "Defendants"), and Relief Defendants Reven, LLC, Reven IP Holdco, LLC, Reven Oncology Licensing, LLC, and Health Analytics and Research Services, LLC (collectively, "Relief Defendants") file this Unopposed Motion to Extend the Deadlines in this case, and respectfully state the following:

1

## D.C.COLO. LCivR 7.1(a) CONFERRAL STATEMENT

Pursuant to the requirements of local rule D.C.Colo.L.Civ.R. 7.1(a), counsel for Defendants conferred with counsel for Plaintiff via email. The SEC does not oppose a 30-day extension of the deadlines for expert discovery and dispositive motions in this case.

## RELEVANT FACTS AND ARGUMENT

1. Because of scheduling conflicts related to attorney and expert witness schedules, including the upcoming oral argument on the pending Tenth Circuit appeal, Defendants and Relief Defendants respectfully request an additional brief, 30-day extension of the expert discovery deadline and dispositive motion deadline. As stated, the SEC does not oppose the requested extension.

2. As the Court knows, Reven timely appealed its prior orders on the scope of the preliminary injunction and asset freeze in this case. ECF Nos. 122, 137 and 156. Both appeals are now before the Tenth Circuit in consolidated proceedings (Nos. 24-1235 and 24-1309), and oral argument is scheduled for May 14, 2025 at 9:00 AM.

3. Under the current scheduling order, rebuttal expert designations are due on April 30, 2025, expert discovery is set to close on June 10, 2025, and dispositive motions are due by July 15, 2025. ECF No. 178.

4. The parties' current expert witnesses and counsel have determined that they have limited availability for expert depositions between the rebuttal expert deadline and the current deadline for the close of expert discovery, especially in light of the Tenth Circuit oral argument scheduled for May 14, which will require

2

significant time and preparation from counsel in early May. Accordingly, Defendants and Relief Defendants respectfully request a brief, 30-day extension of the expert discovery and dispositive motion deadlines to allow sufficient time after the rebuttal expert designation deadline for the parties to schedule and take expert depositions.

5.      Under Defendants' proposal, expert discovery would close July 10, 2025, and dispositive motions would be due August 14, 2025. The deadline for rebuttal expert designations would remain unchanged. Trial has not yet been set for a date in this matter and therefore will not be affected by the requested extension.

6.      As stated above, the Defendants have conferred with the SEC about the relief requested in this motion. The SEC is unopposed to the brief, 30-day extension requested by Defendants.

7.      This extension is not sought for the purposes of delay but so that justice might be done.

## CONCLUSION

Defendants respectfully request the Court issue an order extending the deadlines for expert discovery and dispositive motions by approximately 30 days each, as reflected in the attached proposed order.

Dated:  April 25, 2025

Respectfully Submitted,

*/s/John E. Schreiber*
John E. Schreiber
Winston & Strawn LLP
333 South Grand Avenue, 38th Floor
Los Angeles, CA 90071-1543
Telephone: 213-615-1700
Email: jschreiber@winston.com

Katherine A. Preston
Winston & Strawn LLP
800 Capitol St., Suite 2400
Houston, TX 77002-2925
Telephone: 713-651-2600
Email: kpreston@winston.com

*Attorneys for Defendants and Relief Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 25, 2025, I electronically filed the foregoing **UNOPPOSED MOTION OF DEFENDANTS AND RELIEF DEFENDANTS TO EXTEND DEADLINES** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

- **Sharan Lieberman**
  liebermans@sec.gov

- **Zachary T. Carlyle**
  carlylez@sec.gov

## CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMITATIONS

Counsel hereby certifies that the foregoing pleading is 703 words, exclusive of the caption, signature block, and certificate of service, and therefore complies with the type-volume limitations set forth in Judge Domenico's Practice Standard III(A)(1).